# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brimmer, Philip A. | U.S. District Court, Colorado | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

901 19th Street
Denver, CO 80294

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | Colorado IP Inn of Court |
| 2. | Successor co-trustee | Mother's Trust |
| 3. | Co-trustee | Father's Trust |
| 4. | Co-personal representative (i.e. co-executor) | Father's Estate |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Denver Employees Retirement Plan; pension at age 55; no control. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Denver Employees Retirement Plan | $7,361.04 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Aspen Commercial Group, Inc. -- salary |
| 2. 2015 | Brimmer Consulting LLC -- salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ALI | 12-16-2015 to 12-17-2015 | Philadelphia, PA | Advisers Meeting | Transportation, food, lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brimmer, Philip A. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Direct Loan Servicing Center -- U.S. Dept. of Education | Student Loan | L |
| 2. | Chase | Credit card | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One 360 (formerly ING Direct) | A | Interest | J | T | | | | | |
| 2. DWS Prime Money Market (x) | | | | | | | | | |
| 3. Invesco (Van Kampen) High Yield Municipal Fund A | A | Interest | J | T | | | | | |
| 4. Invesco (Van Kampen) Equity & Income | A | Dividend | J | T | | | | | |
| 5. Invesco (Van Kampen) Comstock Class A (IRA) | A | Dividend | J | T | | | | | |
| 6. Invesco (Van Kampen) Mid Cap Growth Fund A (IRA) | A | Dividend | J | T | | | | | |
| 7. Invesco (Van Kampen) Developing Markets Class A (IRA) | A | Dividend | J | T | | | | | |
| 8. Vanguard 500 Index | E | Dividend | P1 | T | | | | | |
| 9. Vanguard Intermediate Term Bond | B | Dividend | K | T | | | | | |
| 10. Vanguard Precious Metals | A | Dividend | J | T | | | | | |
| 11. Vanguard REIT Index | B | Dividend | K | T | | | | | |
| 12. Vanguard Total Internat'l Stock | A | Dividend | K | T | | | | | |
| 13. Vanguard Long-Term Tax Exempt Bond | B | Interest | K | T | | | | | |
| 14. Vanguard Prime Money Market (IRA) | A | Interest | K | T | | | | | |
| 15. Vanguard Long-Term Bond Index (IRA) | A | Dividend | K | T | | | | | |
| 16. Vanguard Extended Market Index (IRA) | C | Dividend | N | T | | | | | |
| 17. Vanguard 500 Index (Roth IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Pacific Index (Roth IRA) | A | Dividend | J | T | | | | | |
| 19. Vanguard Windsor II (IRA) | D | Dividend | M | T | | | | | |
| 20. Vanguard Total Stock Market Index (Roth IRA) | A | Dividend | J | T | | | | | |
| 21. Berkshire Hathaway Class B | | None | L | T | | | | | |
| 22. Vanguard Prime Money Market (rollover IRA) | A | Interest | L | T | | | | | |
| 23. CollegeInvest Direct Portfolio 529 Plan, Mod. Age-Based Option (#1) | E | Dividend | M | T | Buy (add'l) | 03/03/15 | L | | |
| 24. CollegeInvest Direct Portfolio 529 Plan, Mod. Age-Based Option (#2) | A | Dividend | M | T | Buy (add'l) | 03/03/15 | L | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. Vanguard 500 (x) | A | Dividend | J | T | | | | | |
| 28. Vanguard Long-Term Tax-Exempt Bond (x) | B | Dividend | L | T | | | | | |
| 29. Vanguard Windsor (x) | D | Dividend | M | T | | | | | |
| 30. Vangaurd Windsor IRA (x) | B | Dividend | J | T | Sold (part) | 12/01/15 | J | | |
| 31. RBC Bank Deposit Program (successor to TRMXX) | A | Interest | L | T | | | | | |
| 32. BP PLC | B | Dividend | K | T | | | | | |
| 33. CVX | B | Dividend | K | T | | | | | |
| 34. CSCO (Y) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DISH | A | Dividend | J | T | | | | | |
| 36. SATS (Y) | | | | | | | | | |
| 37. American Funds - Europacific Growth Fund FD (AEPGX) | A | Dividend | K | T | | | | | |
| 38. XOM | B | Dividend | K | T | | | | | |
| 39. FCX | A | Dividend | J | T | | | | | |
| 40. GE | A | Dividend | J | T | | | | | |
| 41. INTC | A | Dividend | J | T | | | | | |
| 42. IBM (Y) | | | | | | | | | |
| 43. KEY (Y) | | | | | | | | | |
| 44. MSFT (Y) | | | | | | | | | |
| 45. RDSB (Y) | | | | | | | | | |
| 46. SLB (Y) | | | | | | | | | |
| 47. Lost Soldier Field (mineral interest, Sweetwater Cty, WY) (CAB trust) | F | Royalty | N | W | | | | | |
| 48. South Baggs Field (mineral interest, Carbon Cty, WY) (CAB trust) | A | Royalty | J | W | | | | | |
| 49. Medicine Bow Field (mineral interest, Carbon Cty, WY)(CAB trust) | A | Royalty | J | W | | | | | |
| 50. Battle Mtn Field (mineral interest, Moffat Cty, CO) (CAB trust) | A | Royalty | J | W | | | | | |
| 51. Robbers Dog Field (mineral interest, Carbon Cty, WY) (CAB trust) | A | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Lost Mahoney Dome Field (mineral interest, Carbon Cty, WY) (CAB trust) | A | Royalty | J | W | | | | | |
| 53. | Mineral working interest, W. Vir., Logan Cty (CAB trust) | A | Royalty | J | W | | | | | |
| 54. | Big Hole Land Bank (Moffat Cty, CO) (CAB trust) | A | Royalty | J | W | | | | | |
| 55. | Crooks Gap Field (mineral interest, Fremont Cty, WY) (CAB trust) | A | Royalty | J | W | | | | | |
| 56. | Nonprod. mineral int. Carbon, Fremont, Sweetwater Ctys, WY (CAB tr) | | None | J | W | | | | | |
| 57. | Nonproducing mineral int. in Routt and Moffat Ctys, CO (CAB trust) | | None | J | W | | | | | |
| 58. | Residential property near Centenial, WY (1/12 interest) (X) | | None | M | W | | | | | |
| 59. | Mercedes auto (CAB estate - undivided) (x) | | | | | | | | | |
| 60. | Residential property in Cheyenne, WY (EDB Trust - undivided) | | None | N | W | | | | | |
| 61. | Jonah Bank checking account (CAB estate) | A | Interest | L | T | | | | | |
| 62. | | | | | | | | | | |
| 63. | | | | | | | | | | |
| 64. | | | | | | | | | | |
| 65. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section III.A (Non-Investment Income) -- I received income during the reporting period from employment by the United States.

Section VII, item 2 - DSW Prime Money Market -- Sold in March 2014, value code J.

Section VII, items 27-30 -- Reflects my 1/4 sibling share after division and distribution from parent trust or estate.

Section VII, item 60 -- Asset sold approximately 2-2.15 to a sibling and proceeds distributed to siblings equally.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Philip A. Brimmer**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544